No. 11–7140. O'Neil v. United States. C. A. 11th Cir. Certiorari denied.

No. 11–7205. Correa v. United States. C. A. 3d Cir. Certiorari denied.

No. 11–7206. Castro v. United States. C. A. 5th Cir. Certiorari denied.

No. 11–7495. Valentine v. United States. C. A. 5th Cir. Certiorari denied.

No. 11–7608. Best v. United States. C. A. 4th Cir. Certiorari denied.

No. 11–7812. Fennie v. Bondi, Attorney General of Florida. C. A. 11th Cir. Certiorari denied.

No. 11–7878. Thomas v. Texas. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–8042. Spalding v. United States. C. A. 6th Cir. Certiorari denied.

No. 11–8064. Weeks v. United States. C. A. 11th Cir. Certiorari denied.

No. 11–8097. Running v. United States. C. A. 8th Cir. Certiorari denied.

No. 11–8540. Craft v. Jones, Director, Oklahoma Department of Corrections. C. A. 10th Cir. Certiorari denied.

No. 11–8555. Svehla v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 11–8557. Porco v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 11–8562. Weeks v. Tucker, Secretary, Florida Department of Corrections. Sup. Ct. Fla. Certiorari denied.

No. 11–8567. Linnen v. New York. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.